

**Woodworth B. Winmill**
**Milberg, LLC**
**405 E. 50th Street**
**New York, NY 10022**
**(201) 255-1316**
wwinmill@milberg.com

July 13, 2026

**VIA ECF**

Magistrate Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: Doe v. Termas Del Arapey Management S.A., Case No. 1:26-cv-01281-PCG***

Dear Magistrate Cross-Goldenberg:

Pursuant to Rule IV.A of the Individual Practices and Rules of Magistrate Peggy Cross-Goldenberg, Rule, Rule 7.1(e) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the common law principle that "courts have inherent authority to issue letters rogatory," *Lantheus Medical Imaging, Inc. v. Zurich Am. Ins. Co.*, 841 F.Supp.2d 769, 776 (SDNY 2012) (quoting *DBMS Consultants Ltd. v. Computer Assocs. Int'l, Inc.*, 131 F.R.D. 367, 369 (D. Mass. 1990)), we write to request the issuance of a letter rogatory in the form attached as Exhibit A.

Jane Doe has filed her lawsuit in a United States court and seeks to serve the defendant in Panama. *See* ECF No. 10 (ordering Doe to serve the defendant with 90 days of the issuance of the corrected summons). As a result, Doe must proceed through the Inter-American Convention on Letters Rogatory and Additional Protocol.[1] *See* S. Treaty Doc. No. 27 (1984), 1438 U.N.T.S. 287; S. Treaty Doc. No. 98-27 (1988), 1438 U.N.T.S. 332.

"A letter rogatory is '[t]he medium, in effect, whereby one country, speaking through one of its courts, requests another country, acting through its own courts and by methods of court procedure

---

[1]

https://www.fjc.gov/sites/default/files/materials/26/International%20Service%20of%20Process.pdf at 14-16.



**www.milberg.com**

Corporate Disclosure: Milberg is a global law firm with its main headquarters located in San Juan, Puerto Rico as a limited liability corporation. Its domestic United States principal place of business is a professional limited liability corporation located in Knoxville, Tennessee.

peculiar thereto and entirely within the latter's control, to assist the administration of justice in the former country; such request being made, and being usually granted, by reason of the comity existing between nations in ordinary peaceful times.'" *Int'l Soc'y for Krishna Consciousness, Inc. v. Lee*, 105 F.R.D. 435, 438 n. 3 (SDNY 1984) (quoting *The Signe*, 37 F.Supp. 819, 820 (E.D. La.1941)). Once issued by a court in the United States, the executive branch of the United States Government may transmit the letter rogatory to the recipient nation through diplomatic channels. *See* 28 U.S.C. § 1781(a). In practice, the United States Government has retained a contractor to transmit these requests.[2]

If this Court issues the requested letter rogatory, Doe will submit it to the government's contractor, along with certified copies of the Amended Complaint and the corrected Summons.

Because Doe has not yet served the defendant, Doe has not been able to meet and confer with the defendant about whether it consents to this motion.

Respectfully submitted,

*/s/ Woodworth B. Winmill*
Woodworth B. Winmill
**Milberg, LLC**
405 E 50th St
New York, New York 10022
Tel: (201) 956-3572
wwinmill@milberg.com

*Counsel for Plaintiff*

---

[2] https://www.justice.gov/civil/service-requests.