**United States District Court for the Eastern District of New York**

**225 Cadman Plaza East**

**Brooklyn, NY 11201**

Jane Doe v. Termas Del Arapey Management, S.A., Case No. 1:26-cv-01281

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

The United States District for the Eastern District of New York presents its compliments to the appropriate judicial authority of the Republic of Panama, the Fourth Chamber of the Supreme Court of Justice, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this court in the above captioned matter in New York City, New York. This court requests the assistance described herein as necessary in the interests of justice.

The assistance requested is that the appropriate judicial authority of the Republic of Panama, the Fourth Chamber of the Supreme Court of Justice, effect service of process of the enclosed, certified summons and complaint upon the below named entity:

Termas Del Arapey Management, S.A., a Panamanian company registered in Panama's Public Registry under Folio No.155649144.
With known domicile in Office 2205, 22th floor
Ocean Business Plaza, Aquilino de la Guardia Street
Bella Vista, Panama

Jane Doe brings claims under N.Y. General Obligation Law §§ 5-419, 421 and New York General Business Law § 349, asserting that Termas Del Arapey Management, S.A. has advertised, marketed and promoted its websites to New York residents without complying with New York laws concerning gambling and has made false and deceptive representations of fact.

In the event of any questions, please contact Jane Doe's attorneys in the Republic of Panama:

David Ramos and Jose D. Carrizo
Morgan & Morgan Legal
MMG Tower, 23rd Floor
Ave. Paseo del Mar
Costa del Este Panama City, Republic of Panama
david.ramos@morimor.com and jose.carrizo@morimor.com

The aforementioned attorneys (and law firm) are hereby authorized to request and obtain copies and access to the proceedings that may take place in order to comply with this Rogatory Letter.

The United States District for the Eastern District of New York stands ready to provide reciprocal and similar assistance to the judicial authorities of the Republic of Panama.

Jane Doe's attorneys stand ready to provide reimbursement for reasonable costs incurred in effecting service on Termas Del Arapey Management, S.A.

Respectfully submitted,

/s/ Peggy Cross-Goldenberg U.S.M.J

Magistrate Judge Peggy Cross-Goldenberg

**SO-ORDERED.** 07/23/2026