**U.S. Department of Justice**
United States Marshals Service

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY[1]

**1**

REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY
Name
Magistrate Judge Peggy Cross-Goldenberg
Address
225 Cadman Plaza East
Brooklyn, NY 11201

**2**

CASE:
Jane Doe v. Termas Del Arapey Management, S.A
DOCKET No.:
1:26-cv-01281

**3**

CENTRAL AUTHORITY OF THE STATE OF ORIGIN
Name
U.S. Department of Justice
Address
1100 L Street, NW, Room 8102
Washington, D.C. 20005

**4**

CENTRAL AUTHORITY OF THE STATE OF DESTINATION
Name
Fourth Chamber of the Supreme Court of Justice
Address
Ancón, Calle Culebra, Building 224 and 236
Republic of Panama

**5**

REQUESTING PARTY
Name
Jane Doe
Address
c/o Woodworth B. Winmill, Milberg, LLC
405 East 50th Street, New York, NY 10022

**6**

COUNSEL TO THE REQUESTING PARTY
Name
David Ramos and Jose D. Carrizo
Address
Morgan & Morgan Legal, MMG Tower, 23rd Floor, Paseo del Mar, Costa del Este Panama City, Republic of Panama

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name
David Ramos and Jose D. Carrizo
Address
Morgan & Morgan Legal, MMG Tower, 23rd Floor, Paseo del Mar, Costa del Este Panama City, Republic of Panama

Is this person responsible for costs and expenses?
YES ☒ NO ☐
* If not, check in the amount of ______________ is attached
* Or proof of payment is attached

1 Complete the original and two copies of this form; if A(l) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
* Delete if inapplicable.



Form USM-272
Est. 1/89

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

* A. Requests their prompt service on:

TERMAS DEL ARAPEY MANAGEMENT S.A.
Office 2205, 22th Floor, Ocean Business Plaza, Aquilino de la Guardia Street
Bella Vista, Panama

The undersigned authority requests that service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:
Authority:

* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at ____________ this **24th** date of **September** 20**26**

/s/Peggy Cross-Goldenberg U.S.M.J **SO ORDERED.**

| | |
|---|---|
| Signature and stamp of the judicial or other adjudicatory authority of the State of origin | Signature and stamp of the Central Authority of the State of origin |

Title or other identification of each document to be delivered:

Amended Complaint, Summons, Letter Rogatory, USM-272, translation of Amended Complaint, translation of summons, translation of Letter Rogatory, and certificate of translation

(Attach additional pages, if necessary.)

* Delete if inapplicable.

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE[1]

To (Name and address of the person being served)
TERMAS DEL ARAPEY MANAGEMENTS.A. Office 2205, 22th Floor,
Ocean Business Plaza, Aquilino de la Guardia Street Bella Vista, Panama

You are hereby informed that (Brief statement of nature of service)
A lawsuit has been filed against you in the United States District Court for the Eastern District of New York, alleging violations of New York's gambling and other laws.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION**
**I ***
**FOR SERVICE**

A. The document being served on you (original or copy) concerns the following:
Violations of New York's gambling and consumer protections laws.

B. The remedies sought or the amount in dispute is as follows:
Compensatory damages, treble damages, punitive damages, disgorgement of profits, attorneys' fees and costs, injunctive relief.

C. By this service, you are requested:
To respond by filing an answer or a motion in the United States District Court for the Eastern District of New York.

D. * In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box I (State place, date and hour):
225 Cadman Plaza East, Brooklyn, NY 11201, within 21 days of the service of the documents on you.

* You are being summoned to appear as:
The defendant in the matter Jane Doe v. Termas Del Arapey Management, S.A.

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
* Delete if inapplicable.

* If some other action is being requested of the person served, please describe:

E. If you fail to comply, the consequences might be:
A default judgment may be entered against you.

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

Name: Legal Aid Society

Address: 199 Water Street
New York, NY 10038

The documents fisted in Part III are being furnished to you so that you may better understand and defend your interests.

**II ***
**FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY**

To:

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information:

The documents listed in Part III are being furnished to you to facilitate your reply.

* Delete if inapplicable.

## III
## LIST OF ATTACHED DOCUMENTS

Amended Complaint, Summons, Letter Rogatory, USM-272, translation of Amended Complaint, translation of Summons, translation of Letter Rogatory, and certificate of translation

(Attach additional pages if necessary.)

Done at ______________________ this **24th** day

of **September** 20**26**

/s/Peggy Cross-Goldenberg U.S.M.J **SO ORDERED.**

| | |
|---|---|
| Signature and stamp of the judicial or other adjudicatory authority of the State of Origin | Signature and stamp of the Central Authority of the State of Origin |

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION[1]

To: Magistrate Judge Peggy Cross-Goldenberg
United States District Court for the Eastern District of New York
225 Cadman Plaza East  Brooklyn, NY 11201

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: ____________________

At (Address) ____________________

By one of the following methods authorized by the Convention.

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

____________________

____________________

____________________

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

____________________

[1] Complete the original and one copy in the language of the State of destination.
* Delete if inapplicable.

* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person

______________________________________________

Relationship to the addressee ______________________________

(Family, business or other)

* C. That the documents attached to the Certificate have not been served or delivered for the *following reason(s):

______________________________________________

* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at ____________________ the__________ day of __________ 20____

______________________________________________

Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or copies of any additional documents proving service or delivery, and identify them.

* Delete if inapplicable.